# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN DAVID MATTHEWS,<br><br>     Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C11-5018BHS |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Matthews' objections are **OVERRULED**;

The R & R is **ADOPTED**; and

This action is **DISMISSED.**


Dated this 10 day of March, 2011.

                  William M. McCool
                  Clerk

                  s/Caroline Gonzalez
                  Deputy Clerk